# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD G. HOLGUIN,<br><br>          Plaintiff,<br><br>    v.<br><br>JOHN DOE, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:05-CV-00440-AWI-SMS-P<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SERVICE OF COMPLAINT AND MOTION FOR EXTENSION OF TIME TO PAY FILING FEE AS UNNECESSARY<br><br>(Docs. 7 and 10) |

      Plaintiff Richard G. Holguin ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 14, 2005, plaintiff filed a motion seeking service of his complaint so that he will meet the one-hundred twenty day deadline set forth in Federal Rule of Civil Procedure 4. On June 1, 2005, plaintiff filed a motion seeking an extension of time to pay the $250.00 filing fee in full.

      Once plaintiff's complaint is screened and found to contain cognizable claims for relief, the court will issue an order directing the United States Marshal to serve process. 28 U.S.C. § 1915A; Fed. R. Civ. P. 4(c)(2). Plaintiff's complaint will not be served prior to being screened. Given that the court oversees service in this case and that screening is a pre-requisite to service, plaintiff need not be concerned about the one-hundred twenty day time limit, as good cause allows service to occur beyond the time limit. Fed. R. Civ. P. 4(m). For these reasons, plaintiff's motion is unnecessary and shall be denied.

      With respect to plaintiff's request for an extension of time, the court granted plaintiff's application to proceed in forma pauperis and directed the Department of Corrections to deduct an

1 initial partial filing fee from plaintiff's trust account and forward the remaining balance thereafter.
2 Therefore, it is unnecessary for plaintiff to attempt to forward any payments to the court on his own.
3 For this reason, plaintiff's motion shall be denied.
4     Based on the foregoing, plaintiff's motion for service of process and motion for an extension
5 of time are HEREBY DENIED on the ground that they are unnecessary.

7 IT IS SO ORDERED.

8 **Dated:   July 8, 2005**               /s/ Sandra M. Snyder
i0d3h8                                   UNITED STATES MAGISTRATE JUDGE