1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9 | RICHARD G. HOLGUIIN,

CASE NO. 1:05-CV-00440-AWI-SMS-P

10                   Plaintiff,

ORDER DIRECTING CLERK'S OFFICE TO
FILE IN PLAINTIFF'S LETTER AND
ADDRESSING STATUS OF FILING FEE
PAID AND OWED

11     v.

12 | JOHN DOE, et al.,

13                  Defendants.

                               /

14

15        Plaintiff filed this action on March 22, 2005, in the Northern District of California. The

16 action was transferred to this court by order filed April 4, 2005. On November 21, 2005, this court

17 received a letter, forwarded by the Northern District, from plaintiff concerning the $100.00 he sent

18 to the Northern District for the filing fee in this action. Plaintiff believes he is entitled to a refund

19 of $100.00. The Clerk's Office shall file in plaintiff's letter. By this order, the status of the filing

20 fee owed by plaintiff shall be clarified.

21        The filing fee for this action is $250.00. In June of 2005, after the action was transferred to

22 this court, plaintiff sent the Northern District a check for $100.00. On July 11, 2005, unaware of the

23 submission of the $100.00, this court issued an order assessing an initial partial filing fee of $133.19

24 and directing the California Department of Corrections to collect the remaining balance of $116.81.

25 On August 25, 2005, the court received $100.00 from the Northern District.

26        Plaintiff is not owed a refund of $100.00 by either this court or the Northern District, as the

27 $100.00 has been credited toward the filing fee in this action. Between the $100.00 sent in by

28 plaintiff and the $133.19 sent in by CDC, plaintiff has paid $233.19 of the $250.00 filing fee. The

1  remaining balance owed by plaintiff is $16.81.  In a separate order issued concurrently with this

2  order, the court will notify CDC that plaintiff owes only $16.81 rather than $116.81 as set forth in

3  the court's order of July 11, 2005.

4

5  IT IS SO ORDERED.

6  **Dated:    January 13, 2006**                    _____/s/ **Sandra M. Snyder**_____
   icido3                                            UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28